# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *
**ABC CORP.**,

       **Protestor**,

**v.**

**UNITED STATES**,

       **Defendant**,

**v.**

**DEF CORP.**,

       **Defendant-Intervenor.**

* * * * * * * * * * * * * * * * * *

No. 19-1939C
Filed: January 29, 2020

## O R D E R

The court is in receipt of protestor's January 28, 2020 notice of voluntary dismissal with prejudice. Pursuant to Rule 41(a)(1)(A) of the Rules of the United States Court of Federal Claims (2019), this court **ORDERS** that this case be **DISMISSED** with prejudice, with each party to bear its own costs, including any attorneys' fees.

**IT IS SO ORDERED**.

       s/Marian Blank Horn
       **MARIAN BLANK HORN**
           **Judge**